

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00278-CR

Cesar R. **SANTELISES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2907
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  June 25, 20104

DISMISSED

Pursuant to a plea bargain agreement, appellant pled guilty to aggravated assault
"WDW&SBI-Fam/Dating" and was sentenced within the terms of the plea bargain  The trial court
signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the
defendant has NO right of appeal" and "defendant has waived the right of appeal."  *See* TEX. R.
APP. P. 25.2(a)(2).  Rule 25.2(d) provides, "The appeal must be dismissed if a certification that
shows the defendant has the right of appeal has not been made part of the record under these rules."
TEX. R. APP. P. 25.2(d).  Accordingly, on May 13, 2014, this court issued an order stating this

appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification that shows defendant has the right of appeal was made part of the appellate record. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1. No amended certification has been filed; therefore, this appeal is dismissed.

PER CURIAM

Do not publish